UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :

v.                                : 3:06 CR 80 (JCH)

DIGBY M. FERRERA, JR.            :

## MODIFICATION OF CONDITIONS OF RELEASE

The Order setting conditions of release, entered May 17, 2006, is modified as follows:

**Cond. # 7i**. The supervising officer may permit Mr. Ferrara to travel within the Southern and Eastern Districts of New York, provided that he seeks and obtains prior approval for such travel.

**Cond. #7j**. This prohibition does not apply to the defendant's brother, provided that they do not discuss the case on occasions when they are together.

**Cond. #7t**. The home confinement condition is expanded to Home Detention, providing the probation officer with authority to grant prior approval for absences from the home for activities she/he deems appropriate.

All other requirements of the Order remain in effect unless modified by the Court.

SO ORDERED this 17th day of August, 2006, at Bridgeport.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE